M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
        cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA HAMILTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No.:   2:23-cv-01717-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff ANGELINA HAMILTON, by and through counsel of record RAMZY PAUL LADAH, ESQ. and ADRIAN A. KARIMI, ESQ. of LADAH LAW FIRM, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01717-JAD-EJY, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 7th day of ~~February~~ May, 2024    DATED this 30 day of ~~February~~ APRIL, 2024

**MESSNER REEVES LLP**    **LADAH LAW FIRM**

_____    _____
M. Caleb Meyer, Esq.    Ramzy Paul Ladah, Esq.
Nevada Bar No. 13379    Nevada Bar No. 11405
Renee M. Finch, Esq.    Adrian A. Karimi, Esq.
Nevada Bar No. 13118    Nevada Bar No. 13514
8945 W. Russell Road Suite 300    517 South 3rd Street
Las Vegas, Nevada 89148    Las Vegas, Nevada 89101
*Attorneys for Defendant*    *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 15, 2024